554

■

JEREMIAH D. MAGUIRE, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, and MELANIE G. BARBER, Impleaded Defendant-Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. There is sufficient showing of some substantial claim by the impleaded defendant. The merits of such claim can be readily tested by appropriate proceedings. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

ARON BIN-NUN, Appellant, v. ADVANCED REFRIGERATING COMPANY, INC., et al., Respondents, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 653.]

■

In the Matter of the Arbitration between SIDNEY F. KANFER, Appellant, and BURLINGTON MILLS CORPORATION, Respondent. Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 637.]

■

FELIPE NERI et al., Plaintiffs, and CASIMIR PAMIA et al., Appellants, v. HARRY LUNDEBERG, as President, Defendant, and PAUL HALL, as Treasurer of Seafarers' International Union of North America, Atlantic & Gulf District, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan, and Shientag, JJ. [See 277 App. Div. 1024.]

■

ALFRED W. SPITZ v. MARTIN LESSER, Doing Business as PLAYTOWN PRODUCTS CO.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 415.]

■

In the Matter of the Arbitration between DUMONT ELECTRIC CORPORATION, Appellant, and EDITH HAMMER, as President of Local 430 of the United Electrical Radio and Machine Workers of America, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1035.]

■

WILLIAM B. PERRY v. NEWS SYNDICATE CO., INC.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Question certified. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 1027.]

■

ANNA F. LEBLANG v. FRANK COOPER.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and stay contained in the order to show cause dated December 18, 1950, vacated. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1097.]